IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Criminal Action No. 06- 20 |
| TANYA BOWIE, | REDACTED |
| Defendant. | |



## INDICTMENT

The Grand Jury for the District of Delaware charges that:

### COUNT ONE

On or about March 26, 2003, in the State and District of Delaware, Tanya Bowie, defendant herein, using the name Mary Fletcher, did knowingly utter, i.e. pass, a counterfeited security of an organization with the intent to deceive another organization, all in violation of Title 18, United States Code, Section 513(a).

### COUNT TWO

On or about May 5, 2003, in the State and District of Delaware, Tanya Bowie, defendant herein, using the name Mary Fletcher, did knowingly utter, i.e. pass, three counterfeited securities of an organization with the intent to deceive another organization, all in violation of Title 18, United States Code, Section 513(a).

### COUNT THREE

On or about May 14, 2003, in the State and District of Delaware, Tanya Bowie, defendant herein, using the name Mary Fletcher, did knowingly utter, i.e. pass, two counterfeited securities



of an organization with the intent to deceive other organizations, all in violation of Title 18, United States Code, Section 513(a).

## COUNT FOUR

On or about July 17, 2003, in the State and District of Delaware, Tanya Bowie, defendant herein, using the name Mary Fletcher, did knowingly utter, i.e. pass, a counterfeited security of an organization with the intent to deceive another organization, all in violation of Title 18, United States Code, Section 513(a).

## COUNT FIVE

On or about July 27, 2003, in the State and District of Delaware, Tanya Bowie, defendant herein, using the name Mary Fletcher, did knowingly utter, i.e. pass, three counterfeited securities of an organization with the intent to deceive another organization, all in violation of Title 18, United States Code, Section 513(a).

## COUNT SIX

On or about August 11, 2003, in the State and District of Delaware, Tanya Bowie, defendant herein, using the name Mary Fletcher, did knowingly utter, i.e. pass, a counterfeited security of an organization with the intent to deceive another organization, all in violation of Title 18, United States Code, Section 513(a).

## COUNT SEVEN

On or about August 13, 2003, in the State and District of Delaware, Tanya Bowie, defendant herein, using the name Mary Fletcher, did knowingly utter, i.e. pass, a counterfeited security of an organization with the intent to deceive another organization, all in violation of Title 18, United States Code, Section 513(a).

## COUNT EIGHT

On or about April 6, 2004, in the State and District of Delaware, Tanya Bowie, defendant herein, using the name Mary Fletcher, did knowingly utter, i.e. pass, two counterfeited securities of an organization with the intent to deceive another organization, all in violation of Title 18, United States Code, Section 513(a).

## COUNT NINE

On or about May 25, 2004, in the State and District of Delaware, Tanya Bowie, defendant herein, using the name Mary Fletcher, did knowingly utter, i.e. pass, three counterfeited securities of an organization with the intent to deceive another organization, all in violation of Title 18, United States Code, Section 513(a).

A TRUE BILL:

_____
Foreperson

COLM F. CONNOLLY
United States Attorney

BY: _____
Beth Moskow-Schnoll
Assistant United States Attorney

Dated: February 28, 2006

3