IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,

    Plaintiff,

    v.     :    Criminal Action No. 06- 20

TANYA BOWIE,

    Defendant.

### MOTION AND ORDER FOR ARREST WARRANT

The United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Beth Moskow-Schnoll, Assistant United States Attorney for the District of Delaware, hereby moves this Honorable Court for the issuance of an arrest warrant for the arrest and apprehension of Tanya Bowie, pursuant to an Indictment returned against her by the Federal Grand Jury on February 28, 2006.

FILED
FEB 28 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

    COLM F. CONNOLLY
    United States Attorney

BY: _/s/ Beth Moskow-Schnoll_
    Beth Moskow-Schnoll
    Assistant United States Attorney

Dated: February 28, 2006

    AND NOW, this __28__ day of __February__, 2006, based upon the foregoing Motion,

**IT IS ORDERED** that an arrest warrant be issued for the arrest and apprehension of Tanya Bowie.

---
HONORABLE MARY PAT THYNGE
United States Magistrate Judge

