IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,

      Plaintiff,

   v.                                  Criminal Action No. 06-20

TANYA BOWIE,

      Defendant.

### MOTION AND ORDER TO UNSEAL

The United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Beth Moskow-Schnoll, Assistant United States Attorney for the District of Delaware, hereby moves this Honorable Court to unseal the Indictment, Motion and Order for Arrest Warrant, and related file.

                                  COLM F. CONNOLLY
                                  United States Attorney

                 BY: _/s/ Beth Moskow-Schnoll_
                                  Beth Moskow-Schnoll
                                  Assistant United States Attorney

Dated: March 8, 2006

IT IS SO ORDERED this __9__ day of __March__, 2006.

                                  _/s/ Mary Pat Thynge_
                                  HONORABLE MARY PAT THYNGE
                                  United States Magistrate Judge

FILED MAR 8 2006 U.S. DISTRICT COURT DISTRICT OF DELAWARE