IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE


ORDER GRANTING CONTINUANCE


Case: U.S.A . v.  _TANYA BOWIE_____      CASE NO._ CR 06-20-SLR_

The defendant,  _TANYA BOWIE__, having been

scheduled for arraignment on_____MARCH $^{16}$,2006_____ _____

a continuance having been requested by  _DEFENSE COUNSEL_____ ____

for the following reasons:  _DUE TO SCHEDULING CONFLICTS_____ _____

and the Court, having considered the request, finds that the ends of justice

served by  granting the requested continuance outweigh the best interest of the public and

the  defendant to a speedy trial, it is


ORDERED,

(1) Defendant's arraignment is continued to  _MAY 10, 2006__

( 2) The period between _MARCH 16, 2006_ and  _MAY 10, 2006_

shall be excludable  under the Speedy Trial Act (18 U.S.C.3161, et seq.).


Dated: _6/13/06_



F I L E D

JUN 1 3 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE