IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Crim. No. 06-020-SLR |
| ) | |
| TANYA BOWIE, ) | |
| ) | |
| Defendant. ) | |

O R D E R

At Wilmington this 13th day of June, 2006;

IT IS ORDERED that a telephone conference is scheduled for **Thursday, June 22, 2006** at **10:00 a.m.**, with the court initiating said call.

                                                                                  _____
                                                                                  United States District Judge