IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Crim. No. 06-020-SLR |
| | ) |
| TANYA BOWIE, | ) |
| | ) |
| Defendant. | ) |

O R D E R

At Wilmington this 31st day of July, 2006,

IT IS ORDERED that the change of plea hearing scheduled for **July 31, 2006** is **cancelled** and **rescheduled** to **Tuesday, August 15, 2006** at **8:00 a.m.** in courtroom 6B, on the sixth floor of the J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware.

_____
United States District Judge