IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | No. 06-20-SLR |
| TANYA BOWIE, | : | |
| Defendant. | : | |

### MOTION AND ORDER TO UNSEAL

NOW COMES the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Beth Moskow-Schnoll, Assistant United States Attorney, and hereby moves this Honorable Court to unseal the Motion for Revocation of Pretrial Release, as the defendant has been apprehended.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

BY: /s/ Beth M. Schnoll
Beth Moskow-Schnoll
Assistant United States Attorney

Dated: October 13, 2006

AND NOW this 13th day of October, 2006, based upon the foregoing Motion, **IT IS ORDERED** that the Motion for Revocation of Pretrial Release be **UNSEALED.**

/s/ Mary Pat Thynge
Honorable Mary Pat Thynge
United States Magistrate Judge
District of Delaware