IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No.  06-20-SLR |
| TANYA BOWIE, | : | |
| Defendant. | : | |

## MOTION FOR DETENTION

**NOW COMES** the United States and moves for the detention of the defendant, Tanya Bowie, pursuant to 18 U.S.C. §§ 3143(a) and 3148(b) and Federal Rules of Criminal Procedure 32.1(a)(6) and 46(d), pending a hearing on the violation of release petition. In support of the motion, the United States alleges that the defendant poses a danger to the community and cannot meet her burden of proving, by clear and convincing evidence, that she is not likely to pose a danger to the safety of any other person or the community if released.

        Respectfully submitted,

        COLM F. CONNOLLY
        United States Attorney

By: _____
        Beth Moskow-Schnoll
        Assistant United States Attorney

Dated:   October 13, 2006