AO 442   (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of     DELAWARE

UNITED STATES OF AMERICA

V.

TANYA BOWIE

Sealed ~~Sealed~~ Unsealed 10/13/06

**WARRANT FOR ARREST**

Case Number: 06-CR-20-SLR

2006 OCT 17 AM 9:47
FILED U.S. DISTRICT COURT DISTRICT OF DELAWARE

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **TANYA BOWIE**
                                                                                           Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

                                                                                                    Pretrial Release
☐ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Violation Notice   **x Probation Violation**

charging him or her    (brief description of offense)

**VIOLATION OF PRETRIAL RELEASE CONDITIONS**

in violation of            United States Code,            

**PETER T. DALLEO**                         **CLERK OF COURT**
Name of Issuing Officer                             Title of Issuing Officer

*Francesca Larson, Deputy Clerk*    *October 10, 2006*      Wilmington, Delaware
Signature of Issuing Officer                         Date and Location

Bail fixed at    **NOT STATED**              by                     
                                                                            Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above-named

*Tanya Bowie*

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 10-10-06 | | |
| DATE OF ARREST | William David, DUSM | *William David* |
| 10-13-06 | | |