*Filed In Open Ct. 11-14-06*
*- RJ*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 06-20-SLR |
| | : | |
| TANYA BOWIE, | : | |
| | : | |
| Defendant. | : | |

## MOTION AND ORDER TO DISMISS

The United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Beth Moskow-Schnoll, Assistant United States Attorney for the District of Delaware, hereby moves this Honorable Court to dismiss Counts Two through Eight of the Indictment, pursuant to a Memorandum of Plea Agreement.

COLM F. CONNOLLY
United States Attorney

BY: _____
Beth Moskow-Schnoll
Assistant United States Attorney

Dated: November 14, 2006

**IT IS SO ORDERED** this ____14th____ day of ____November____, 2006.

_____
HONORABLE SUE L. ROBINSON
United States District Court Judge