**J. SCOTT O'KEEFE, P.C.**
ATTORNEY-AT-LAW
1500 WALNUT STREET
SUITE 1100
PHILADELPHIA, PA 19102-3590

J. SCOTT O'KEEFE, ESQUIRE    TELEPHONE: (215) 546-7755
JSOKEEFE@VERIZON.NET    FACSIMILE: (215) 546-2760

November 30, 2006

The Honorable Sue L. Robinson
Chief U.S. District Court Judge, Delaware
844 N. King Street
Wilmington, DE 19801

    RE:   USA v. Tanya Bowie
           Case No.: 06-020-SLR

Dear Judge Robinson:

    As you may recall, I was appointed by the Court to represent Tanya Bowie in the above captioned matter. You may recall Ms. Bowie as the individual who had gone through a partial sex change operation. Ms. Bowie is still currently housed in the Federal Detention Center in Philadelphia.

    Ms. Bowie has advised me that she is completely isolated 24 hours a day and it does not appear that this is going to change anytime soon. Ms. Bowie is hoping that my correspondence with you will enable this extremely stressful situation to be alleviated.

    Thank you for your time and consideration in this matter.

Very truly yours,

J. SCOTT O'KEEFE, ESQUIRE

JSO'K/lm

cc:   AUSA Beth Moscow Schnoll
      United States Attorney's Office
      1007 Orange Street, Suite 700
      Wilmington, DE 19899-2046



RECEIVED DEC - 5 2006 SUE L. ROBINSON U.S. DISTRICT JUDGE