**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

CHAMBERS OF
SUE L. ROBINSON
CHIEF JUDGE



LOCKBOX 31
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
302 573-6310

December 8, 2006

J. Scott O'Keefe, Esquire
1500 Walnut Street
Suite 1100
Philadelphia, PA  19102-3500

       Re: <u>United States v. Tanya Bowie</u>,
           <u>Crim. No. 06-020-SLR</u>

Dear Mr. O'Keefe:

    In response to the concerns raised in your November 30, 2006 letter regarding your client's incarceration at the Federal Detention Center, I contacted the United States Probation Office for additional information.  According to the Probation Office, the Bureau of Prisons is reviewing Ms. Bowie's case and anticipates having her designated to a permanent facility by the end of this month.  The Federal Detention Center's current housing assignment for Ms. Bowie was made after considering the circumstances and security of the institution.  To that end, the Bureau of Prisons, not the court, is responsible for determining the place of imprisonment for each prisoner taking into account the characteristics of the prisoner as well as additional factors outlined in 18 U.S.C. § 3621(b).

                                        Sincerely,

                                        Sue L. Robinson

cc:  Clerk of Court